# UNITED STATES BANKRUPTCY COURT
NORTHERN **DISTRICT OF** ILLINOIS
EASTERN **DIVISION**

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| SCHANK III, CHARLES W | § | Case No. 15-05415 |
| SCHANK, CHRISTINE H | § | |
| | § | |
| Debtors | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1.  A petition under chapter  7  of the United States Bankruptcy Code was filed on 02/18/2015 .   The undersigned trustee was appointed on  02/18/2015 .

2.  The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3.  All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4.  The trustee realized gross receipts of             $          12,000.00

Funds were disbursed in the following amounts:

| | |
|---|---|
| Payments made under an interim disbursement | 0.00 |
| Administrative expenses | 349.83 |
| Bank service fees | 20.00 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of[1]             $ | 11,630.17 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

The remaining funds are available for distribution.

     5.  Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

     6.  The deadline for filing non-governmental claims in this case was  06/19/2015  and the deadline for filing governmental claims was  08/17/2015 . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

     7.  The Trustee's proposed distribution is attached as **Exhibit D**.

     8.  Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 1,950.00 .  To the extent that additional interest is earned before case closing, the maximum compensation may increase.

     The trustee has received $ 0.00  as interim compensation and now requests a sum of $ 1,950.00 , for a total compensation of $ 1,950.00 [2].  In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 62.87 , for total expenses of $ 62.87 [2].

     Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 12/18/2015       By:/s/Peter N. Metrou, Trustee
                                Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1

Exhibit A

| Case No: | 15-05415 | BWB | Judge: BRUCE W. BLACK |
| Case Name: | SCHANK III, CHARLES W | | |
| | SCHANK, CHRISTINE H | | |
| For Period Ending: | 12/18/15 | | |

| Trustee Name: | Peter N. Metrou, Trustee |
| Date Filed (f) or Converted (c): | 02/18/15 (f) |
| 341(a) Meeting Date: | 03/17/15 |
| Claims Bar Date: | 06/19/15 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Estimated Net Value<br>(Value Determined by Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | Property Formally<br>Abandoned<br>OA=554(a) Abandon | Sale/Funds<br>Received by<br>the Estate | Asset Fully Administered (FA)/<br>Gross Value of Remaining Assets |
| 1. Location: 1553 Holiday Dr, Sandwich IL 60548 | 388,000.00 | 0.00 | | 0.00 | FA |
| 2. Checking account - Heartland Bank | 55.00 | 55.00 | | 0.00 | FA |
| 3. Checking account - Castle Bank | 110.00 | 110.00 | | 0.00 | FA |
| 4. Checking account - Heartland Bank | 50.00 | 50.00 | | 0.00 | FA |
| 5. Checking account - Castle Bank | 180.00 | 180.00 | | 0.00 | FA |
| 6. Miscellaneous household goods, furniture & furnish | 900.00 | 900.00 | | 0.00 | FA |
| 7. Wearing apparel | 60.00 | 60.00 | | 0.00 | FA |
| 8. New York Life - Whole Life | 133.00 | 133.00 | | 0.00 | FA |
| 9. New York Life - Whole Life | 705.00 | 705.00 | | 0.00 | FA |
| 10. Transamerica Life - Term Life | 0.00 | 0.00 | | 0.00 | FA |
| 11. IRA - Morgan Stanley | 700.00 | 700.00 | | 0.00 | FA |
| 12. IRA - Mony Axa | 3,900.00 | 3,900.00 | | 0.00 | FA |
| 13. IRA - Vanguard | 5,300.00 | 5,300.00 | | 0.00 | FA |
| 14. Debtor, Charles Schank III, is the sole benefici<br>2003 porsche only asset in trust - value per Debtor estimate | 3,900.00 | 4,000.00 | | 7,000.00 | FA |
| 15. 2004 Volkswagen | 2,380.00 | 2,380.00 | | 2,000.00 | FA |
| 16. 1989 Porsche | 9,000.00 | 9,000.00 | | 3,000.00 | FA |
| 17. VOID (u) | Unknown | 0.00 | | 0.00 | |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $415,373.00 | $27,473.00 | | $12,000.00 | $0.00 |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page:   2

Exhibit A

| | | |
|---|---|---|
| Case No: | 15-05415   BWB   Judge: BRUCE W. BLACK | |
| Case Name: | SCHANK III, CHARLES W | |
| | SCHANK, CHRISTINE H | |

| | |
|---|---|
| Trustee Name: | Peter N. Metrou, Trustee |
| Date Filed (f) or Converted (c): | 02/18/15 (f) |
| 341(a) Meeting Date: | 03/17/15 |
| Claims Bar Date: | 06/19/15 |

Initial Projected Date of Final Report (TFR): 12/01/15        Current Projected Date of Final Report (TFR): 12/01/15

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 1

Exhibit B

| Case No: | 15-05415  -BWB | | | Trustee Name: | | Peter N. Metrou, Trustee |
|---|---|---|---|---|---|---|
| Case Name: | SCHANK III, CHARLES W | | | Bank Name: | | Associated Bank |
| | SCHANK, CHRISTINE H | | | Account Number / CD #: | | *******5314  Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******3240 | | | | | |
| For Period Ending: | 12/18/15 | | | Blanket Bond (per case limit): | | $  1,000,000.00 |
| | | | | Separate Bond (if applicable): | | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 07/02/15 | 15, 16 | Charles and Christine Schank | Int in vehicles | 1129-000 | 5,000.00 | | 5,000.00 |
| 08/07/15 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 10.00 | 4,990.00 |
| 09/08/15 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 10.00 | 4,980.00 |
| 09/16/15 | 14 | American Auction Associates, Inc. | Auction proceeds - 2003 Porsche | 1129-000 | 7,000.00 | | 11,980.00 |
| | | 508 West Brittany Drive | | | | | |
| | | Arlington Heights, IL 60004 | | | | | |
| 10/20/15 | 005001 | American Auction Associates, Inc. | Auctioneer Expenses | 3620-000 | | 349.83 | 11,630.17 |
| | | 5012.39 West Brittany Drive | | | | | |
| | | Arlington Heights, IL 60004 | | | | | |

|  | Deposits | Disbursements | Balance |
|---|---|---|---|
| COLUMN TOTALS | 12,000.00 | 369.83 | 11,630.17 |
| Less:  Bank Transfers/CD's | 0.00 | 0.00 | |
| Subtotal | 12,000.00 | 369.83 | |
| Less:  Payments to Debtors | | 0.00 | |
| Net | 12,000.00 | 369.83 | |

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| Checking Account (Non-Interest Earn - *******5314 | 12,000.00 | 369.83 | 11,630.17 |
| | ------------------------- | ------------------------- | ------------------------- |
| | 12,000.00 | 369.83 | 11,630.17 |
| | ============ | ============ | ============ |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals                12,000.00          369.83

**UST Form 101-7-TFR (5/1/2011)** *(Page: 5)*

Ver: 19.05a

EXHIBIT A
ANALYSIS OF CLAIMS REGISTER

Page 1

Date: December 18, 2015

Case Number:    15-05415
Debtor Name:    SCHANK III, CHARLES W

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 000001 070 7100-00 | Discover Bank Discover Products Inc PO Box 3025 New Albany, OH 43054-3025 | Unsecured | | $8,922.61 | $0.00 | $8,922.61 |
| 000002 070 7100-00 | First National Bank of Omaha 1620 Dodge Street Stop Code 3105 Omaha, NE 68197 | Unsecured | | $4,412.21 | $0.00 | $4,412.21 |
| 000003 070 7100-00 | First National Bank of Omaha 1620 Dodge St., Stop Code 3105 Omaha, NE 68197 | Unsecured | | $5,338.86 | $0.00 | $5,338.86 |
| 000004 070 7100-00 | Quantum3 Group LLC as agent for Comenity Bank PO Box 788 Kirkland, WA 98083-0788 | Unsecured | | $459.16 | $0.00 | $459.16 |
| 000005 070 7100-00 | Capital One, N.A. c o Becket and Lee LLP POB 3001 Malvern, PA 19355-0701 | Unsecured | | $1,872.30 | $0.00 | $1,872.30 |
| 000006 070 7100-00 | American Express Bank, FSB c o Becket and Lee LLP POB 3001 Malvern, PA 19355-0701 | Unsecured | | $2,125.46 | $0.00 | $2,125.46 |
| 000007 070 7100-00 | Portfolio Recovery Associates, LLC successor to U.S. Bank National Association (ELAN FINANCIAL SERVICES) POB 41067 Norfolk VA 23541 | Unsecured | | $6,192.11 | $0.00 | $6,192.11 |
| | Case Totals: | | | $29,322.71 | $0.00 | $29,322.71 |

Code #:  Trustee's Claim Number, Priority Code, Claim Type

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 15-05415
Case Name: SCHANK III, CHARLES W
                SCHANK, CHRISTINE H
Trustee Name: Peter N. Metrou, Trustee

Balance on hand                                             $              11,630.17

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Peter N. Metrou, Trustee | $        1,950.00 | $        0.00 | $        1,950.00 |
| Trustee Expenses: Peter N. Metrou, Trustee | $        62.87 | $        0.00 | $        62.87 |

Total to be paid for chapter 7 administrative expenses        $              2,012.87

Remaining Balance                                             $              9,617.30

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00  must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 29,322.71  have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be  32.8  percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|-----------|----------|------------------------:|-------------------------:|-----------------:|
| 000001 | Discover Bank | $        8,922.61 | $        0.00 | $        2,926.45 |
| 000002 | First National Bank of Omaha | $        4,412.21 | $        0.00 | $        1,447.12 |
| 000003 | First National Bank of Omaha | $        5,338.86 | $        0.00 | $        1,751.05 |
| 000004 | Quantum3 Group LLC as agent for | $        459.16 | $        0.00 | $        150.60 |
| 000005 | Capital One, N.A. | $        1,872.30 | $        0.00 | $        614.08 |
| 000006 | American Express Bank, FSB | $        2,125.46 | $        0.00 | $        697.11 |
| 000007 | Portfolio Recovery Associates, LLC | $        6,192.11 | $        0.00 | $        2,030.89 |

Total to be paid to timely general unsecured creditors        $        9,617.30

Remaining Balance        $        0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be  0.0  percent.

Tardily filed general (unsecured) claims are as follows:

NONE


Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be  0.0  percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE