# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| SCHANK III, CHARLES W | § | Case No. 15-05415 |
| SCHANK, CHRISTINE H | § | |
| | § | |
| | § | |
| Debtors | § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

    Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Peter N. Metrou, Trustee, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

    The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

                    CLERK OF THE COURT
                    219 South Dearborn
                    Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 9:00 AM on 01/22/2016 in Courtroom Second Floor,

                    Joliet City Hall
                    150 West Jefferson, 2nd Floor
                    Joliet, IL 60432

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 12/22/2015                    By: _____

*Peter N. Metrou, Trustee*
*123 W. Washington Street*
*Suite 216*
*Oswego, IL 60543*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: §
§
SCHANK III, CHARLES W § Case No. 15-05415
SCHANK, CHRISTINE H §
§
Debtors §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---:|
| The Final Report shows receipts of | $ | 12,000.00 |
| and approved disbursements of | $ | 369.83 |
| leaving a balance on hand of[1] | $ | 11,630.17 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee Fees: Peter N. Metrou, Trustee | $ 1,950.00 | $ 0.00 | $ 1,950.00 |
| Trustee Expenses: Peter N. Metrou, Trustee | $ 62.87 | $ 0.00 | $ 62.87 |

| | |
|---|---:|
| Total to be paid for chapter 7 administrative expenses | $    2,012.87 |
| Remaining Balance | $    9,617.30 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00  must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 29,322.71  have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 32.8 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Discover Bank | $ 8,922.61 | $ 0.00 | $ 2,926.45 |
| 000002 | First National Bank of Omaha | $ 4,412.21 | $ 0.00 | $ 1,447.12 |
| 000003 | First National Bank of Omaha | $ 5,338.86 | $ 0.00 | $ 1,751.05 |
| 000004 | Quantum3 Group LLC as agent for | $ 459.16 | $ 0.00 | $ 150.60 |
| 000005 | Capital One, N.A. | $ 1,872.30 | $ 0.00 | $ 614.08 |
| 000006 | American Express Bank, FSB | $ 2,125.46 | $ 0.00 | $ 697.11 |
| 000007 | Portfolio Recovery Associates, LLC | $ 6,192.11 | $ 0.00 | $ 2,030.89 |
| | Total to be paid to timely general unsecured creditors | | | $ 9,617.30 |
| | Remaining Balance | | | $ 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

   Tardily filed general (unsecured) claims are as follows:

NONE

   Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00  have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be  0.0  percent, plus interest (if applicable).

   Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

               Prepared By: /s/_____

*Peter N. Metrou, Trustee*
*123 W. Washington Street*
*Suite 216*
*Oswego, IL 60543*

**STATEMENT:**  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

```
                          United States Bankruptcy Court
                           Northern District of Illinois
In re:                                                            Case No. 15-05415-BWB
Charles W Schank, III                                             Chapter 7
Christine H Schank
        Debtors                   CERTIFICATE OF NOTICE
District/off: 0752-1         User: dpruitt                Page 1 of 2                  Date Rcvd: Dec 23, 2015
                             Form ID: pdf006              Total Noticed: 18


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 25, 2015.
db/jdb         +Charles W Schank, III,   Christine H Schank,   1553 Holiday Dr,   Sandwich, IL 60548-9258
22943137        American Express,   Box 0001,   Los Angeles, CA 90096-8000
23373035        American Express Bank, FSB,   c o Becket and Lee LLP,   POB 3001,   Malvern, PA 19355-0701
22943138        Bank of America,   PO Box 851001,   Dallas, TX 75285-1001
23229638        Capital One, N.A.,   c o Becket and Lee LLP,   POB 3001,   Malvern, PA 19355-0701
22943139       +Carson's,   PO Box 182125,   Columbus, OH 43218-2125
22943140       +Chase/Bank One Card Serv,   PO Box 15298,   Wilmington, DE 19850-5298
22943147        First National Bank Omaha,   PO Box 2557,   Omaha, NE 68103-2557
23199656       +First National Bank of Omaha,   1620 Dodge Street,   Stop Code 3105,   Omaha, NE 68197-0003
22943152       +LL Bean Visa Card,   PO Box 8802,   Wilmington, DE 19899-8802
22943145      ++US BANK,   PO BOX 5229,   CINCINNATI OH 45201-5229
               (address filed with court: Elan,   PO Box 790408,   Saint Louis, MO 63179)

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
22943144        E-mail/Text: mrdiscen@discover.com Dec 24 2015 01:11:25      Discover Card Services,
                 PO Box 30943,   Salt Lake City, UT 84130
23087379        E-mail/Text: mrdiscen@discover.com Dec 24 2015 01:11:25      Discover Bank,
                 Discover Products Inc,   PO Box 3025,   New Albany, OH  43054-3025
22943149        E-mail/Text: bankruptcy.bnc@gt-cs.com Dec 24 2015 01:11:55      Green Tree,   PO Box 6172,
                 Rapid City, SD 57709-6172
22943150        E-mail/Text: lossmitigation@hbtbank.com Dec 24 2015 01:11:54      Heartland Bank & Trust,
                 PO Box 67,   Bloomington, IL 61702-0067
22943151       +E-mail/Text: bnckohlsnotices@becket-lee.com Dec 24 2015 01:11:38      Kohl's,   PO Box 3043,
                 Milwaukee, WI 53201-3043
23408509        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Dec 24 2015 01:18:15
                 Portfolio Recovery Associates, LLC,   successor to U.S. Bank National,
                 Association (ELAN FINANCIAL SERVICES),   POB 41067,   Norfolk VA 23541
23229339        E-mail/Text: bnc-quantum@quantum3group.com Dec 24 2015 01:12:09
                 Quantum3 Group LLC as agent for,   Comenity Bank,   PO Box 788,   Kirkland, WA  98083-0788
                                                                                             TOTAL: 7

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
22943142*      +Chase/Bank One Card Serv,   PO Box 15298,   Wilmington, DE 19850-5298
22943143*      +Chase/Bank One Card Serv,   PO Box 15298,   Wilmington, DE 19850-5298
22943141*      +Chase/Bank One Card Serv,   PO Box 15298,   Wilmington, DE 19850-5298
22943148*       First National Bank Omaha,   PO Box 2557,   Omaha, NE 68103-2557
23200617*      +First National Bank of Omaha,   1620 Dodge St., Stop Code 3105,   Omaha, NE 68197-0002
22943146*     ++US BANK,   PO BOX 5229,   CINCINNATI OH 45201-5229
               (address filed with court: Elan,   PO Box 790408,   Saint Louis, MO 63179)
                                                                                TOTALS: 0, * 6, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 25, 2015                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 22, 2015 at the address(es) listed below:
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
          Peter N Metrou    on behalf of Trustee Peter N Metrou met.trustee7@att.net,
           met.trustee_backup@att.net,pnmlawyer@aol.com,pmetrou@ecf.epiqsystems.com
          Peter N Metrou    met.trustee7@att.net, met.trustee_backup@att.net,pnmlawyer@aol.com,
           pmetrou@ecf.epiqsystems.com
          Stephen J West    on behalf of Debtor 1 Charles W Schank, III tmalaw@sjwlawott.com
          Stephen J West    on behalf of Debtor 2 Christine H Schank tmalaw@sjwlawott.com
```

```
District/off: 0752-1           User: dpruitt              Page 2 of 2               Date Rcvd: Dec 23, 2015
                               Form ID: pdf006            Total Noticed: 18
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
                                                                                              TOTAL: 5