# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

In re: §
§
SCHANK III, CHARLES W § Case No. 15-05415
SCHANK, CHRISTINE H §
§
§
Debtors §

### CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Peter N. Metrou, Trustee, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: 399,973.00           Assets Exempt: 120.00
*(Without deducting any secured claims)*

Total Distributions to Claimants: 9,617.30    Claims Discharged
                                              Without Payment: 64,967.41

Total Expenses of Administration: 2,382.70

---

3) Total gross receipts of $ 12,000.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $ 12,000.00 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 406,700.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 2,382.70 | 2,382.70 | 2,382.70 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | NA | NA | NA |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 76,927.00 | 29,322.71 | 29,322.71 | 9,617.30 |
| **TOTAL DISBURSEMENTS** | $ 483,627.00 | $ 31,705.41 | $ 31,705.41 | $ 12,000.00 |

    4)  This case was originally filed under chapter 7 on  02/18/2015 .  The case was pending for 13 months.

    5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:  02/29/2016              By:/s/Peter N. Metrou, Trustee
                                                     Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Debtor, Charles Schank III, is a the sole benefici | 1129-000 | 7,000.00 |
| 2004 Volkswagen | 1129-000 | 2,000.00 |
| 1989 Porsche | 1129-000 | 3,000.00 |
| TOTAL GROSS RECEIPTS | | $12,000.00 |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES | | | $ 0.00 |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Green Tree PO Box 6172 Rapid City, SD 57709-6172 | | 206,700.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Heartland Bank & Trust PO Box 67 Bloomington, IL 61702-0067 | | 200,000.00 | NA | NA | 0.00 |
| TOTAL SECURED CLAIMS | | | $ 406,700.00 | $ 0.00 | $ 0.00 | $ 0.00 |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| PETER N METROU | 2100-000 | NA | 1,950.00 | 1,950.00 | 1,950.00 |
| PETER N METROU | 2200-000 | NA | 62.87 | 62.87 | 62.87 |
| Associated Bank | 2600-000 | NA | 20.00 | 20.00 | 20.00 |
| AMERICAN AUCTION | 3620-000 | NA | 349.83 | 349.83 | 349.83 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 2,382.70 | $ 2,382.70 | $ 2,382.70 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Bank of America PO Box 851001 Dallas, TX 75285-1001 | | 7,033.00 | NA | NA | 0.00 |
| | Chase/Bank One Card Serv PO Box 15298 Wilmington, DE 19850 | | 12,906.00 | NA | NA | 0.00 |
| | Chase/Bank One Card Serv PO Box 15298 Wilmington, DE 19850 | | 4,961.00 | NA | NA | 0.00 |
| | Chase/Bank One Card Serv PO Box 15298 Wilmington, DE 19850 | | 2,356.00 | NA | NA | 0.00 |
| | Chase/Bank One Card Serv PO Box 15298 Wilmington, DE 19850 | | 9,780.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Elan PO Box 790408 Saint Louis, MO 63179 | | 8,226.00 | NA | NA | 0.00 |
| 000006 | AMERICAN EXPRESS BANK, FSB | 7100-000 | 2,041.00 | 2,125.46 | 2,125.46 | 697.11 |
| 000005 | CAPITAL ONE, N.A. | 7100-000 | 1,865.00 | 1,872.30 | 1,872.30 | 614.08 |
| 000001 | DISCOVER BANK | 7100-000 | 8,570.00 | 8,922.61 | 8,922.61 | 2,926.45 |
| 000002 | FIRST NATIONAL BANK OF OMAHA | 7100-000 | 4,242.00 | 4,412.21 | 4,412.21 | 1,447.12 |
| 000003 | FIRST NATIONAL BANK OF OMAHA | 7100-000 | 4,961.00 | 5,338.86 | 5,338.86 | 1,751.05 |
| 000007 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 7100-000 | 9,780.00 | 6,192.11 | 6,192.11 | 2,030.89 |
| 000004 | QUANTUM3 GROUP LLC AS AGENT FOR | 7100-000 | 206.00 | 459.16 | 459.16 | 150.60 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | **$ 76,927.00** | **$ 29,322.71** | **$ 29,322.71** | **$ 9,617.30** |

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page: 1

Exhibit 8

| Case No: | 15-05415 | BWB | Judge: BRUCE W. BLACK | Trustee Name: | Peter N. Metrou, Trustee |
|---|---|---|---|---|---|
| Case Name: | SCHANK III, CHARLES W | | | Date Filed (f) or Converted (c): | 02/18/15 (f) |
| | SCHANK, CHRISTINE H | | | 341(a) Meeting Date: | 03/17/15 |
| For Period Ending: | 02/29/16 | | | Claims Bar Date: | 06/19/15 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Location: 1553 Holiday Dr, Sandwich IL 60548 | 388,000.00 | 0.00 | | 0.00 | FA |
| 2. Checking account - Heartland Bank | 55.00 | 55.00 | | 0.00 | FA |
| 3. Checking account - Castle Bank | 110.00 | 110.00 | | 0.00 | FA |
| 4. Checking account - Heartland Bank | 50.00 | 50.00 | | 0.00 | FA |
| 5. Checking account - Castle Bank | 180.00 | 180.00 | | 0.00 | FA |
| 6. Miscellaneous household goods, furniture & furnish | 900.00 | 900.00 | | 0.00 | FA |
| 7. Wearing apparel | 60.00 | 60.00 | | 0.00 | FA |
| 8. New York Life - Whole Life | 133.00 | 133.00 | | 0.00 | FA |
| 9. New York Life - Whole Life | 705.00 | 705.00 | | 0.00 | FA |
| 10. Transamerica Life - Term Life | 0.00 | 0.00 | | 0.00 | FA |
| 11. IRA - Morgan Stanley | 700.00 | 700.00 | | 0.00 | FA |
| 12. IRA - Mony Axa | 3,900.00 | 3,900.00 | | 0.00 | FA |
| 13. IRA - Vanguard | 5,300.00 | 5,300.00 | | 0.00 | FA |
| 14. Debtor, Charles Schank III, is a the sole benefici 2003 porsche only asset in trust - value per Debtor estimate | 3,900.00 | 4,000.00 | | 7,000.00 | FA |
| 15. 2004 Volkswagen | 2,380.00 | 2,380.00 | | 2,000.00 | FA |
| 16. 1989 Porsche | 9,000.00 | 9,000.00 | | 3,000.00 | FA |
| 17. VOID (u) | Unknown | 0.00 | | 0.00 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values) $415,373.00 $27,473.00 $12,000.00 $0.00

(Total Dollar Amount in Column 6)

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

LFORM1

UST Form 101-7-TDR (10/1/2010) *(Page: 7)*

Ver: 19.05f

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 2

Exhibit 8

| | | |
|---|---|---|
| Case No: | 15-05415   BWB   Judge: BRUCE W. BLACK | Trustee Name: Peter N. Metrou, Trustee |
| Case Name: | SCHANK III, CHARLES W | Date Filed (f) or Converted (c): 02/18/15 (f) |
| | SCHANK, CHRISTINE H | 341(a) Meeting Date: 03/17/15 |
| | | Claims Bar Date: 06/19/15 |

TFR submitted 12-22-15

Initial Projected Date of Final Report (TFR): 12/01/15     Current Projected Date of Final Report (TFR): 12/01/15

### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 15-05415 -BWB | Trustee Name: | Peter N. Metrou, Trustee |
|---|---|---|---|
| Case Name: | SCHANK III, CHARLES W | Bank Name: | Associated Bank |
| | SCHANK, CHRISTINE H | Account Number / CD #: | *******5314 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******3240 | | |
| For Period Ending: | 02/29/16 | Blanket Bond (per case limit): | $ 1,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 07/02/15 | 15, 16 | Charles and Christine Schank | Int in vehicles | 1129-000 | 5,000.00 | | 5,000.00 |
| 08/07/15 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 10.00 | 4,990.00 |
| 09/08/15 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 10.00 | 4,980.00 |
| 09/16/15 | 14 | American Auction Associates, Inc. 508 West Brittany Drive Arlington Heights, IL 60004 | Auction proceeds - 2003 Porsche | 1129-000 | 7,000.00 | | 11,980.00 |
| 10/20/15 | 005001 | American Auction Associates, Inc. 5012.39 West Brittany Drive Arlington Heights, IL 60004 | Auctioneer Expenses | 3620-000 | | 349.83 | 11,630.17 |
| 01/28/16 | 005002 | METROU & ASSOCIATES, P.C. 123 W. WASHINGTON STREET SUITE 216 OSWEGO, IL 60543 | Chapter 7 Compensation/Expense | | | 2,012.87 | 9,617.30 |
| | | | Fees 1,950.00 | 2100-000 | | | |
| | | | Expenses 62.87 | 2200-000 | | | |
| 01/28/16 | 005003 | Discover Bank Discover Products Inc PO Box 3025 New Albany, OH 43054-3025 | Claim 000001, Payment 32.79814% | 7100-000 | | 2,926.45 | 6,690.85 |
| 01/28/16 | 005004 | First National Bank of Omaha 1620 Dodge Street Stop Code 3105 Omaha, NE 68197 | Claim 000002, Payment 32.79808% | 7100-000 | | 1,447.12 | 5,243.73 |
| 01/28/16 | 005005 | First National Bank of Omaha 1620 Dodge St., Stop Code 3105 Omaha, NE 68197 | Claim 000003, Payment 32.79820% | 7100-000 | | 1,751.05 | 3,492.68 |
| 01/28/16 | 005006 | Quantum3 Group LLC as agent for Comenity Bank | Claim 000004, Payment 32.79902% | 7100-000 | | 150.60 | 3,342.08 |

Page Subtotals 12,000.00 8,657.92

Ver: 19.05f

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 9)*

FORM 2    Page: 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD    Exhibit 9

| Case No: | 15-05415 -BWB | Trustee Name: | Peter N. Metrou, Trustee |
| --- | --- | --- | --- |
| Case Name: | SCHANK III, CHARLES W | Bank Name: | Associated Bank |
|  | SCHANK, CHRISTINE H | Account Number / CD #: | *******5314 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******3240 | | |
| For Period Ending: | 02/29/16 | Blanket Bond (per case limit): | $ 1,000,000.00 |
|  |  | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 01/28/16 | 005007 | Capital One, N.A.<br>PO Box 788<br>Kirkland, WA 98083-0788<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | Claim 000005, Payment 32.79816% | 7100-000 | | 614.08 | 2,728.00 |
| 01/28/16 | 005008 | American Express Bank, FSB<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | Claim 000006, Payment 32.79808% | 7100-000 | | 697.11 | 2,030.89 |
| 01/28/16 | 005009 | Portfolio Recovery Associates, LLC<br>successor to U.S. Bank National<br>Association (ELAN FINANCIAL SERVICES)<br>POB 41067<br>Norfolk VA 23541 | Claim 000007, Payment 32.79803% | 7100-000 | | 2,030.89 | 0.00 |

|  | COLUMN TOTALS | 12,000.00 | 12,000.00 | 0.00 |
| --- | --- | --- | --- | --- |
|  | Less: Bank Transfers/CD's | 0.00 | 0.00 | |
|  | Subtotal | 12,000.00 | 12,000.00 | |
|  | Less: Payments to Debtors |  | 0.00 | |
|  | Net | 12,000.00 | 12,000.00 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
| --- | --- | --- | --- |
| Checking Account (Non-Interest Earn - *******5314 | 12,000.00 | 12,000.00 | 0.00 |
|  | 12,000.00 | 12,000.00 | 0.00 |
|  | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals    0.00    3,342.08

Ver: 19.05f

LFORM24

UST Form 101-7-TDR (10/1/2010) *(Page: 10)*

FORM 2

Page: 3

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 15-05415 -BWB | Trustee Name: | Peter N. Metrou, Trustee |
|---|---|---|---|
| Case Name: | SCHANK III, CHARLES W | Bank Name: | Associated Bank |
| | SCHANK, CHRISTINE H | Account Number / CD #: | *******5314 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******3240 | | |
| For Period Ending: | 02/29/16 | Blanket Bond (per case limit): | $ 1,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

Checking Account (Non-Interest Earn - *******5314

| | | | | Page Subtotals | 0.00 | 0.00 | |

Ver: 19.05f

LFORM24

UST Form 101-7-TDR (10/1/2010) (Page: 11)